AUSA:   Kathryn Boyles          Telephone: (313) 226-9100

AO 442 (Rev. 11/11) Arrest Warrant          Agent:      Wayne Williams          Telephone: (313) 926-4700

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America

v.

Juan Manuel MORALES-SALINAS

Case No.

Case: 2:25–mj–30131
Assigned To : Unassigned
Assign. Date : 3/11/2025
Description: RE: JUAN MANUEL
MORALES–SALINAS (EOB)

I hereby certify that the foregoing is a certified copy
of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: _____s/Eddrey Butts_____
     Deputy

**ARREST WARRANT**



F I L E D
MAR 1 2 2025
CLERK'S OFFICE
DETROIT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Juan Manuel MORALES-SALINAS
,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or about March 5, 2025, in the Eastern District of Michigan, Southern Division, Juan Manuel MORALES-SALINAS an alien from
Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May
17, 2011, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to
re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

Date:      March 11, 2025

*Issuing officer's signature*

City and state:   Detroit, Michigan

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3·12·2025 , and the person was arrested on *(date)* 3·5·25 at *(city and state)* DETROIT, MI . |
| Date: 3·12·25          *Arresting officer's signature* |
| BPA N. FARLEY          *Printed name and title* |

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*